AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'25 MAR 13 AM 11:24

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ricardo Alexis GONZALEZ-IBARRA | ) | Case No. 1:25-cr-56 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ricardo Alexis GONZALEZ-IBARRA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Reentry of Deported Alien

Date: 03/13/2025

/s/ Janelle Brunner
*Issuing officer's signature*

City and state:   Bismarck, ND

Janelle Brunner, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3-13-2025, and the person was arrested on *(date)* 4-1-2025
at *(city and state)* Bismarck, ND.

Date: 04/02/2025

[signature]
*Arresting officer's signature*

DUSM Dellinger
*Printed name and title*